RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2021 DEC 7 PM 3:31

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX ORLANDO VALENTIN SALGADO,<br>Defendant. | INDICTMENT<br><br>Criminal No. 21-cr-473 (RAM)<br><br>Violation(s):<br>18 U.S.C. § 922(a)(5)<br>18 U.S.C. § 922(e)<br>18 U.S.C. § 1715<br>18 U.S.C. § 1716(a)<br><br>Forfeiture:<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br><br>FIVE COUNTS |

THE GRAND JURY CHARGES:

COUNT ONE
Transferring a Firearm to an Out-of-State Resident
(18 U.S.C. § 922(a)(5))

On or about November 23, 2021, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, the defendant,

ALEX ORLANDO VALENTIN SALGADO,

not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, or deliver a firearm, that is, a .40 caliber Glock 22 Gen. 4 pistol (bearing serial number BCSK587) to "Luis Caban," said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Florida, the State in which

the defendant was residing at the time of the aforesaid transfer transportation and/or delivery of the firearm, in violation of 18 U.S.C. §§ 922(a)(5) and 924(a)(1)(D).

COUNT TWO
Transferring a Firearm to an Out-of-State Resident
(18 U.S.C. § 922(a)(5))

On or about November 23, 2021, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, the defendant,

ALEX ORLANDO VALENTIN SALGADO,

not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer and/or deliver a firearm, that is, a tan and green colored AR pistol-style firearm with no visible model or serial number to "Luis Caban," said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Florida, the State in which the defendant was residing at the time of the aforesaid transfer transportation and/or delivery of the firearm, in violation of 18 U.S.C. §§ 922(a)(5) and 924(a)(1)(D).

COUNT THREE
Delivery of Firearms and Ammunition to Common Carrier without Written Notification
(18 U.S.C. § 922(e))

Beginning on November 9, 2021, up until on or about November 23, 2021, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

ALEX ORLANDO VALENTIN SALGADO,

the defendant herein, did deliver or cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce to a person, other than a licensed importer, manufacturer, dealer and collector, a package containing a firearm and/or ammunition,

without written notice to the carrier that said firearms and/or ammunition were being transported and shipped, in violation of 18 U.S.C. § 922(e).

COUNT FOUR
Mailing a Nonmailable Firearm
(18 U.S.C. § 1715)

On or about November 23, 2021, in the District of Puerto Rico and elsewhere, within the jurisdiction of this Court,

ALEX ORLANDO VALENTIN SALGADO,

the defendant herein, did deliver or cause to be delivered by mail according to the direction thereon, firearms which are declared nonmailable by 18 U.S.C. § 1715, that is: a .40 caliber Glock 22 Gen. 4 pistol (bearing serial number BCSK587), capable of being concealed, in violation of 18 U.S.C. § 1715.

COUNT FIVE
Injurious Articles as Nonmailable
(18 U.S.C. § 1716(a))

Beginning on November 9, 2021, up until on or about November 23, 2021, in the District of Puerto Rico and elsewhere, within the jurisdiction of this Court,

ALEX ORLANDO VALENTIN SALGADO,

the defendant herein, did deliver or cause to be delivered by mail according to the direction thereon, approximately 1,578 rounds of assorted caliber ammunition, which is nonmailable under 18 U.S.C. § 1716 because it may kill or injure another, or injure the mails or other property, all of which is in violation of 18 U.S.C. § 1716.

FIREARM AND AMMUNITION FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C.

§ 2461(c).  Upon conviction of the offense set forth in Count One, Two, Three, Four, and Five of this Indictment, the defendant herein,

ALEX ORLANDO VALENTIN SALGADO,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: a .40 caliber Glock 22 Gen. 4 pistol (bearing serial number BCSK587), a tan and green colored AR pistol-style firearm with no visible model or serial number, and approximately 1,578 rounds of assorted caliber ammunition.

TRUE BILL,

FOREPERSON

Date: 12/7/21

W. STEPHEN MULDROW
United States Attorney

Jonathan Gottfried
Assistant U.S. Attorney
Chief, Violent Crimes Unit

R. Giovannie Mercado
Assistant U.S. Attorney